UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONOVAN JAY SMITH,

    Petitioner,

                                        Civil Case No. 07-10553
                                        Criminal Case No. 03-80391

v.

UNITED STATES OF AMERICA,

    Defendant.

_____/

**ORDER REQUESTING RESPONSE TO §2255 MOTION**

    Petitioner filed a motion under 28 U.S.C. §2255 on February 6, 2007. I request that the government respond to this petition on or before March 12, 2007.

    **IT IS SO ORDERED.**

Date:  February 12, 2007                      s/John Feikens
                                                        United States District Judge

---

Proof of Service

I hereby certify that the foregoing order was served on the attorneys/parties of record on February 12, 2007, by U.S. first class mail or electronic means.

                                 s/Carol Cohron
                                 Case Manager